LONG *v.* LONG.

GILBERT, J. Under the evidence the court did not abuse its discretion in awarding the custody of the minor children, Aaron, Moses, and Joshua Long, to their mother, Ophelia Long.

*Judgment affirmed. All the Justices concur.*

No. 1877. JUNE 18, 1920.

Habeas corpus. Before Judge Hammond. McDuffie superior court. January 9, 1920.

*John T. West,* for plaintiff in error. *J. B. Burnside,* contra.